# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McBryde, John H. | U.S.Dist. Ct., N. Dist. of TX | 02/01/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

501 West 10th Street
U.S. Courthouse, Room 401
Fort Worth, Texas 76102-3642

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 02/01/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 02/01/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 02/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMMON STOCKS AND UNITS OF OWNERSHIP (2-19): | | | | | | | | | |
| 2. Caterpillar Tractor | D | Dividend | N | T | | | | | |
| 3. Chevron Corp. | D | Dividend | M | T | | | | | |
| 4. Exxon Mobil Corp. | D | Dividend | M | T | | | | | |
| 5. General Electric Co. | B | Dividend | K | T | | | | | |
| 6. IBM | B | Dividend | K | T | | | | | |
| 7. Johnson & Johnson | D | Dividend | N | T | | | | | |
| 8. Permian Basin Royalty Trust | C | Royalty | K | T | | | | | |
| 9. San Juan Basin Royalty Trust | B | Royalty | J | T | | | | | |
| 10. Weyerhaeuser Co. | B | Distribution | K | T | | | | | |
| 11. Intel Corp. | A | Dividend | J | T | | | | | |
| 12. Plains All American Pipeline, L.P. | A | Dividend | K | T | | | | | |
| 13. Bristol-Meyers Squibb Co. | A | Dividend | K | T | | | | | |
| 14. FirstEnergy Corp. | A | Dividend | J | T | | | | | |
| 15. EnPro Industries | A | Dividend | J | T | | | | | |
| 16. 3M Co. | B | Dividend | L | T | | | | | |
| 17. Bank OZK (Bank of the Ozarks) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 02/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. AT&T | B | Dividend | K | T | | | | | |
| 19. Wabtec Corp. | A | Dividend | J | T | | | | | |
| 20. *********************** | | | | | | | | | |
| 21. BANK ACCOUNTS (Cash Equivalent Accounts) (22-23): | | | | | | | | | |
| 22. Frost Bank | C | Interest | O | T | | | | | |
| 23. Bank of America | | None | J | T | | | | | |
| 24. *********************** | | | | | | | | | |
| 25. MUTUAL FUNDS (NON-IRA) (26-35): | | | | | | | | | |
| 26. Eaton Vance Nat. Muni Fund | D | Int./Div. | M | T | | | | | |
| 27. T. Rowe Price-High Yield Fund | C | Dividend | M | T | | | | | |
| 28. Vanguard Group-Intermediate Muni Bond Fund | B | Dividend | L | T | | | | | |
| 29. Vanguard Group - Long-term Muni Bond Fund | C | Dividend | L | T | | | | | |
| 30. Vanguard Group GNMA Fund | B | Dividend | L | T | Distributed (part) | 12/00/20 | J | | See Section VIII (#4) |
| 31. Nuveen Select Quality Muni Fund | D | Dividend | M | T | | | | | |
| 32. Vanguard International Growth Fund | D | Dividend | O | T | | | | | |
| 33. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 34. Vanguard Wellington Fund | E | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 02/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Federal Money Market Fund | C | Dividend | M | T | | | | | See Section VIII (#5) |
| 36. ********************** | | | | | | | | | |
| 37. MUTUAL FUNDS - (Roth IRAs) (38-48): | | | | | | | | | |
| 38. Vanguard Group-Wellington Fund | F | Dividend | P1 | T | | | | | |
| 39. Vanguard Group-GNMA Fund | D | Dividend | N | T | | | | | |
| 40. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 41. Vanguard Equity Income Fund | E | Dividend | O | T | | | | | |
| 42. Vanguard Group-Long Term Corp. Fund | E | Dividend | O | T | | | | | |
| 43. T.R. Price High Yield | E | Dividend | O | T | | | | | |
| 44. Vanguard Group Small-Cap Gr. | A | Dividend | M | T | | | | | |
| 45. Vanguard Small-Cap Value | B | Dividend | M | T | | | | | |
| 46. Vanguard Mid-Cap Index | A | Dividend | M | T | | | | | |
| 47. Vanguard Total Int'l Index | B | Dividend | L | T | | | | | |
| 48. Fidelity Investment Puritan Fund | C | Dividend | M | T | | | | | |
| 49. ********************** | | | | | | | | | |
| 50. MUTUAL FUND (Traditional IRA) (51): | | | | | | | | | |
| 51. Vanguard Group - Wellington Fund | B | Dividend | K | T | Distributed (part) | 12/00/20 | J | | See Section VIII (#4) |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McBryde, John H.** | 02/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ************************* | | | | | | | | | |
| 53. OTHER (54-56): | | | | | | | | | |
| 54. Sherman Co. TX Min. Int. | A | Royalty | J | W | | | | | See Section VIII (#2) |
| 55. Tarrant Co. TX Min. Int. | A | Royalty | J | W | | | | | See Section VIII (#2) |
| 56. Wise Co. TX Min. Int. | A | Royalty | J | W | | | | | See Section VIII (#2) |
| 57. ************************* | | | | | | | | | |
| 58. LIFE INSURANCE POLICIES (59-60): | | | | | | | | | |
| 59. Allianz Life Ins. Co.-Whole Life Ins. Policy | A | Dividend | J | T | | | | | |
| 60. MONY Life Ins. Co. - Whole Life Ins. Policy | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 02/01/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VIII.  INVESTMENTS.

1.  Dividends and gains on the non-IRA mutual funds (Lines 26-35), the IRA mutual fund (Line 51), and the Roth IRA funds (Lines 38-48) are reinvested as declared except the non-IRA T. Rowe Price-High Yield Fund, and Nuveen Fund.

2.  The royalty income in relation to the Sherman County, Texas, mineral interest (Line 54) was received from Pantera Energy Co.; the royalty income in relation to the Tarrant County, Texas, mineral interest (Line 55) was received from XTO Energy; the royalty income in relation to the Wise County, Texas, mineral interest (Line 56) was received from Devon Energy Production Co.  and Texxol Operating Co.

3.  All items of property listed in Section VII are community property.

4.  This is an explanation of the subsection D entries as to Vanguard Group GNMA Fund (Line 30) and Vanguard Group-Wellington Fund (Line 51) in Section VII.  Vanguard Group-Wellington Fund (Line 51) is a traditional IRA fund carried in my wife's name, from which she has been obligated to make a required minimum distribution ("RMD") each year.  The entries in the subparts of subsection D as to the RMD from Vanguard Group-Wellington Fund (Line 51) and the entries in the subparts of subsection D in Section VII as to the Vanguard Group GNMA Fund (Line 30) reflect the transfer of that RMD amount to the Vanguard Group GNMA Fund.

5.  This is an explanation of the Vanguard Federal Money Market Fund (Line 35) in Section VII.  It is a fund that is associated with my Vanguard Brokerage Account.  Most of the income received from the investments carried for me by Vanguard in that account is automatically deposited into the Vanguard Federal Money Market Fund, thus increasing the amount of the investment in that fund several times each month; and, if I plan to make investments through the brokerage account that will require funds greater than the balance of the Vanguard Federal Money Market Fund, I will transfer from my bank account to the Vanguard Federal Money Market Fund account whatever funds are necessary for me to make whatever investments I wish to make, and if I have money left over after making those investments, I normally leave it in the Vanguard Federal Money Market Fund account.  Several years ago, the function now performed by the Vanguard Federal Money Market Fund account was performed by another Vanguard money market fund, the exact name of which I do not now recall.  My reporting as to that fund was similar to the reporting I am now making about the Vanguard Federal Money Market Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John H. McBryde**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544